IN THE COURT OF APPEALS, THIRD DISTRICT OF TEXAS,



AT AUSTIN




 




NO. 3-93-485-CR




OSCAR ALCALA,



 APPELLANT


vs.




THE STATE OF TEXAS,



 APPELLEE


 



FROM THE COUNTY COURT AT LAW NO. 2 OF HAYS COUNTY



NO. 39,088, HONORABLE LINDA A. RODRIGUEZ, JUDGE PRESIDING


 




PER CURIAM



 This is an appeal from a judgment of conviction for assault. 
Punishment was assessed at confinement for 43 days and a $100.00 fine.

 Appellant has filed a motion to withdraw the appeal. No decision
of this Court has been delivered. The motion is granted and the appeal is
dismissed. See Tex. R. App. P. 59(b).



Before Justices Powers, Jones and Kidd

Dismissed on Appellant's Motion

Filed: December 22, 1993

Do Not Publish